**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT D. GIBSON,                 )
                                  )
          Petitioner,             )
                                  )
v.                                )          Civil Action No.  08 0660
                                  )
UNITED STATES ATTORNEY            )
GENERAL, *et al.*,                )
                                  )
          Respondents.            )

**DISMISSAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petitioner's application to proceed *in forma pauperis* is GRANTED, and

it is

FURTHER ORDERED the petition is DISMISSED with prejudice for failure to state a claim

upon which relief can be granted.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: 3/25/08